UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT ALAN KLINE,
    Plaintiff,

vs.                                     Case No.:  3:21cv1003/LAC/ZCB

CHAPLAIN EDWARDS, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 24, 2024.  (Doc. 73).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 73) is adopted and incorporated by reference in this order.

2. The motion to dismiss filed by Defendants Edwards and Maiorana (Doc. 37) are **GRANTED**, and Plaintiff's claims against them are **DISMISSED** for failure to state a claim.

3. The motion to dismiss filed by Defendant Inch (Doc. 43) is **GRANTED IN PART** to the extent that the following claims are **DISMISSED** for failure to state a claim: (a) all of Plaintiff's individual capacity claims against Defendant Inch; (b) Plaintiff's official capacity claims alleging that the FDOC Secretary's tarot card storage policy violated the First Amendment Free Exercise Clause and the Fourteenth Amendment Equal Protection Clause; and (c) all of Plaintiff's official capacity claims that seek monetary damages from the FDOC Secretary. The motion to dismiss filed by Defendant Inch (Doc. 43) is **DENIED IN PART** to the extent it seeks dismissal of all Plaintiff's claims for failure to exhaust administrative remedies and on the ground that it is a shotgun pleading.

4. The Clerk of Court is directed to update the docket to reflect that under Fed. R. Civ. P. 25(d) current FDOC Secretary Ricky Dixon has been substituted for former FDOC Secretary Mark Inch. The docket should also reflect that Secretary Dixon's attorney of record is Erik Dewitt Kverne. (*See* Doc. 31).

5. The case is returned to the magistrate judge for further proceedings on the following claims that remain against the FDOC Secretary in his official

capacity: (a) claim for injunctive relief for violation of RLUIPA related to the FDOC's tarot card storage policy; (b) claims for injunctive relief for violation of RLUIPA and the First Amendment's Free Exercise Clause related to FDOC's failure to recognize The Temple of Set as a religion and its associated items as religious items; and (c) claims for injunctive relief for violation of RLUIPA and the First Amendment's Free Exercise Clause related to the FDOC's rejection of "The Book of the Law" as a religious text.

**DONE AND ORDERED** this 26th day of february, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**